CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
for Roanoke
NOV 24 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALICE RASOR FOSTER, ) | Civil Action No. 7:09-cv-00451 |
| Petitioner, ) | |
| ) | FINAL ORDER |
| v. ) | |
| ) | By: Hon. Jackson L. Kiser |
| BARBARA J. WHEELER, ) | Senior United States District Judge |
| Respondent. ) | |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copies of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 24th day of November, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge